UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AVALON MANAGEMENT, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 11-cv-5640-YGR<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL** |

　　The Court is in receipt of the Notices of Substitution of Attorney filed on behalf of the following Defendants:

　　1. Accor Franchising North America, LLC, filed February 2, 2012 (Docket No. 27);

　　2. Accor Limited Partnership , filed February 2, 2012 (Docket No. 28);

　　3. Accor Management LLC , filed February 2, 2012 (Docket No. 29);

　　4. Tiburon Barstow LLC, filed February 3, 2012 (Docket No. 30);

　　5. Tiburon Capital LLC , filed February 3, 2012 (Docket No. 31); and

　　6. Tiburon Hospitality LLC , filed February 3, 2012 (Docket No. 32).

The substitutions of counsel are APPROVED.

IT IS SO ORDERED.

February 22, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**