**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maryland Casualty Company,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Avalon Management LLC, Tiburon Hospitality LLC,<br><br>    Defendant(s). | Case No.: C-11-5640-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on April 16, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR FOR PRIVATE MEDIATION TO OCCUR BY: | 9/28/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 6/30/13 |
| NON-EXPERT DISCOVERY CUTOFF: | 2/28/13 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 12/14/12<br>Rebuttal: 1/18/13 |
| EXPERT DISCOVERY CUTOFF: | 2/28/13 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 4/23/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 6/7/13 |
| PRETRIAL CONFERENCE: | Friday, 6/21/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 7/8/13 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | 5-6 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  As set forth above, the parties are REFERRED to private mediation. The parties shall provide
2 the Court with the name of an agreed-upon mediator by  April 27, 2012  by filing a JOINT Notice.  A
3 compliance hearing regarding shall be held on Friday, May 4, 2012  on the Court's 9:01a.m. calendar,
4 in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.
5 By April 27, 2012, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT
6 setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not
7 appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be
8 allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**