**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARYLAND CASUALTY COMPANY,** | **Case No.: 11-CV-5640 YGR** |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION OF SEQUOIA INSURANCE COMPANY TO INTERVENE AND VACATING HEARING** |
| vs. | |
| **AVALON MANAGEMENT,** *et al.*, | |
| Defendants. | |

Third Party Sequoia Insurance Company filed its Motion to Intervene on September 18, 2012. (Dkt. No. 52.) Plaintiff Maryland Casualty Company filed its Notice of Non-Opposition to the motion on October 2, 2012. (Dkt. No. 55.) No timely opposition has been filed by Defendants in this matter.

Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for **October 30, 2012.**

Having carefully considered the papers submitted and the pleadings in this action, the Court hereby **GRANTS** the Motion to Intervene. Sequoia has an interest in the subject of this action and is so situated that the disposition of the action may impair or impede its ability to protect that interest. No party to this action adequately represents the interests of Sequoia.

Sequoia is made a party to this action. Sequoia shall file and serve its Complaint in Intervention within seven days of receipt of this Order.

**IT IS SO ORDERED**.

10/17/12

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**