UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARYLAND CASUALTY COMPANY,

    Plaintiff,

    v.

AVALON MANAGEMENT LLC, *et al.*,

    Defendants.
_____/

No. C 11-05640 DMR

**ORDER RE JANUARY 24, 2013 COMPLIANCE HEARING**

The court has reviewed Plaintiff Maryland Casualty Company's ("Maryland Casualty") January 22, 2013 statement and request to vacate the January 24, 2013 compliance hearing before the undersigned. [Docket No. 75.]

Maryland Casualty is directed to file a sworn declaration by the custodian(s) of record that clearly and unambiguously verifies that the documents with corresponding bates numbers comprise full, complete, and accurate copies of the policies in question in this case, by policy; for example, "The documents bates-labeled MCIC44 through MCIC__ comprise a true, correct, and complete policy for the policy term __." If Maryland Casualty files a declaration or declarations conforming to this order by no later than 9:00 a.m. on January 24, 2013, the court will vacate the compliance hearing set for 1:00 p.m. However, the parties shall assume that the hearing is going forward unless and until the court issues an order vacating the hearing.

IT IS SO ORDERED.

Dated: January 23, 2013



_____
DONNA M. RYU
United States Magistrate Judge