**United States District Court**

For the Northern District of California

1

2

3

4                   UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    MARYLAND CASUALTY COMPANY                    No. C-11-05640-YGR (DMR)

8              Plaintiff(s),                      **ORDER VACATING JANUARY
                                                  24, 2013 COMPLIANCE HEARING**
9         v.

10   AVALON MANAGEMENT LLC

11             Defendant(s).
     _____/
12

13

14          The court has reviewed the Declaration of Mark Ronald Jones filed by Plaintiff Maryland

15   Casualty Company pursuant to the court's January 23, 2013 order.  [Docket Nos. 76, 77.]  You are

16   hereby notified that the compliance hearing set for **January 24, 2013 at 1:00 p.m.** before the

17   undersigned is VACATED.

18

19          IT IS SO ORDERED.

20

21   Dated:  January 24, 2013

22

23                                               _____
                                                 DONNA M. RYU
24                                               United States Magistrate Judge

25

26

27

28