**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARYLAND CASUALTY COMPANY,

        Plaintiff,

    v.

AVALON MANAGEMENT LLC, *et al.*,

        Defendants.

_____/

No. C-11-05640 YGR (DMR)

**ORDER RE FEBRUARY 25, 2013
DISCOVERY LETTERS**

      The court is in receipt of the February 25, 2013 discovery letters filed by Defendants Tiburon Hospitality LLC and Sequoia Insurance Company and Plaintiff Maryland Casualty Company. [Docket Nos. 90, 91.]  The parties failed to comply with the court's Standing Order regarding submission of joint letters regarding discovery disputes, and it appears that the parties would benefit from meeting and conferring further regarding the subjects of the disputes.  Accordingly, lead counsel for the parties are hereby ordered to appear at the hearing on Defendant Avalon's motion for a protective order on February 28, 2013.  Following the 11:00 a.m. hearing, lead counsel are ordered to meet and confer in the courthouse regarding all remaining discovery disputes, and shall be prepared to devote the entire day, if necessary, to resolving the disputes.

      IT IS SO ORDERED.

Dated:  February 26, 2013



_____
DONNA M. RYU
United States Magistrate Judge