UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, | No. C-11-05640 YGR (DMR) |
| Plaintiff, | **ORDER VACATING FEBRUARY 28, 2013 DISCOVERY HEARING** |
| v. | |
| AVALON MANAGEMENT LLC, *et al.*, | |
| Defendants. | |

The court is in receipt of the parties' joint notice of settlement and request to take pending discovery motions off calendar. [Docket No. 93.] In light of the settlement of this action, the court hereby denies Defendant Avalon Management, LLC's motion for protective order, as well as the parties' February 25, 2013 discovery letters, as moot. The February 28, 2013 hearing and court-ordered meet and confer session are VACATED.

IT IS SO ORDERED.

Dated: February 27, 2013



_____
DONNA M. RYU
United States Magistrate Judge