**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARYLAND CASUALTY COMPANY,** | Case No.: 11-CV-5640 YGR |
| **Plaintiff,** | **ORDER GRANTING EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES; SETTING COMPLIANCE HEARING RE: SETTLEMENT** |
| vs. | |
| **AVALON MANAGEMENT, LLC,** *et al.*, | |
| **Defendants.** | |

The parties have filed a Joint Notice of Settlement and Request to Take Pending Discovery Motions Off Calendar. The request that the pending discovery motions be taken off calendar has been granted by Magistrate Judge Ryu.

The Court **GRANTS** the further requests to:

(1) extend the deadline for discovery from February 28, 2013, to March 14, 2013; and

(2) extend the hearing date for dispositive motions from April 23, 2013 to May 14, 2013.

The Court further Orders that a compliance hearing shall be held on **Friday, March 22, 2013,** on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

This Order terminates Docket No. 93.

**IT IS SO ORDERED**.

**Date: March 1, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**