UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY<br><br>        Plaintiff(s),<br><br>  v.<br><br>AVALON MANAGEMENT LLC<br><br>        Defendant(s). | No. C-11-05640 YGR (DMR)<br><br>**SECOND ORDER RE ATTENDANCE AT SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the May 22, 2013 letter from counsel for Intervenor Sequoia Insurance Company and Defendants Tiburon Hospitality, LLC, Tiburon Barstow, LLC and Tiburon Capital, LLC regarding William Dixon, Jr.'s attendance at the May 24, 2013 settlement conference. [Docket No. 112.] In light of counsel's representations that Mr. Dixon will be personally appearing for the entire settlement conference and that he has full settlement authority in this matter, Laura Ball is hereby excused from appearing at the settlement conference.

IT IS SO ORDERED.

Dated: May 23, 2013

_____
DONNA M. RYU
United States Magistrate Judge